IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION


| | | |
|---|---|---|
| THERESA JANE ROBINSON | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 6:08cv357 |
| | | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED** with prejudice; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 28th day of January, 2010.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE